```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
JOHN LOPEZ and KENNETH PAWLUKIEWICZ, :
Individually and on Behalf of All Other :   09 CIV. 6518 (DLC)
Persons Similarly Situated,          :
                                     :          ORDER
              Plaintiffs,            :
                                     :
       -v-                           :
                                     :
THE CITY OF NEW YORK,                :
                                     :
              Defendant.             :
                                     :
-------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10|13|09
```

DENISE COTE, District Judge:

    For the reasons set forth on the record on October 13, 2009,

it is hereby

    ORDERED that the above-captioned action is stayed.

Dated:    New York, New York
           October 13, 2009

                              _____
                                  DENISE COTE
                          United States District Judge